UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of C. Q.
INSULATION, INC.,

      Plaintiff,

v.              CV 411-156

ARCHER WESTERN CONTRACTORS,
LTD., TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
EXTERIOR WALLS, INC., and NORTH
AMERICAN SPECIALTY INSURANCE
COMPANY,

      Defendants.

## ORDER

The Court has been advised that the above action has been settled. Accordingly, this case is *ADMINISTRATIVELY CLOSED.* *See Heape v. Flanagan,* 2008 WL 2439736 (S.D.Ga. 6/9/08) at * 3 n. 7 (S.D.Ga. 6/9/08) (unpublished); 607CV012, doc. # 21 at 4 n. 7.

At this point the parties have two options: (1) do nothing, in which case the Court will, in thirty days from the date this Order is served, dismiss this case with prejudice; or (2) within that same time period present a *Kokkonen*-based,[1] F.R.Civ.P. 41(a)(2) dismissal judgment incorporating their settlement so that the Court may retain jurisdiction to enforce it.

This ___6___ day of February, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).